UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

DEC 22 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES OF AMERICA,

Plaintiff - Appellant,

v.

BRYAN STEVE CASTRO, AKA Bryan Steven Castro, AKA Bryan Castro,

Defendant - Appellee.

No. 25-6423

D.C. No.
5:25-cr-00013-KK-1
Central District of California,
Riverside

ORDER

The motion (Docket Entry No. 8) for voluntary dismissal is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b).

This order serves as the mandate of the court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT